UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                                          :   Chapter 11
                                                               :
AMR CORPORATION, *et al.*,                                     :   Case No. 11-15463-SHL
                                                               :
                    Debtors.                                   :   (Jointly Administered)
---------------------------------------------------------------- x
ALLIED PILOTS ASSOCIATION,                                     :
                                                               :
                    Plaintiff,                                 :
                                                               :
        v.                                                     :   Adv. Proc. No. 12-01094 (SHL)
                                                               :
AMR CORPORATION and                                            :
AMERICAN AIRLINES, INC.,                                       :
                                                               :
                    Defendants.                                :
---------------------------------------------------------------- x

## NOTICE OF APPEAL

Notice is hereby given that the Allied Pilots Association ("APA"), Plaintiff in the above named adversary proceeding, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum of Decision, ECF No. 27, entered in this action on the 20th day of April, 2012, as well as from all prior orders entered in the action.[1] The APA files herewith a request for certification of a direct appeal to the United States Court of Appeals for the Second Circuit, pursuant to Fed. R. Bankr. P. 8001(f) and 28 U.S.C. § 158(d)(2).

Alternatively, in the event that this Court denies the APA's accompanying request for certification of a direct appeal under 28 U.S.C. § 158(d)(2), the APA hereby appeals pursuant to

---

[1] That memorandum, which denied the APA's motion for summary judgment and granted the Debtors' motion to dismiss, directed the Debtors to settle an order on three days' notice, but the Debtors have not yet done so. Pursuant to Federal Rule of Bankruptcy Procedure 8002(a), this notice of appeal shall be treated as filed after the final order and entry of judgment, on the day that such judgment is entered, because it is filed after the Bankruptcy Court has announced its decision but before entry of judgment.

28 U.S.C. § 158(a)(1) to the district court for the Southern District of New York from the Memorandum of Decision, ECF No. 27, entered in this action on the 20th day of April, 2012, as well as from all prior orders entered in the action.

Dated: May 3, 2012                                      Respectfully submitted,

_____
Edgar N. James (admitted pro hac vice)
Kathy Krieger (admitted pro hac vice)
David P. Dean (admitted pro hac vice)
Darin M. Dalmat (admitted pro hac vice)
Daniel M. Rosenthal (admitted pro hac vice)
**JAMES & HOFFMAN, P.C.**
1130 Connecticut Ave., N.W., Suite 950
Washington, DC 20036
Tel: (202) 496-0500
Facsimile: (202) 496-0555


/S/ Joshua R. Taylor_____
Filiberto Agusti
Joshua R. Taylor (admitted pro hac vice)
**STEPTOE & JOHNSON LLP**
1330 Connecticut Ave., NW
Washington, DC 20036
Tel: (202) 429-3000
Facsimile: (202) 261-0658

*Attorneys for the Allied Pilots Association*
