Joshua R. Taylor
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902

*Counsel for Allied Pilots Association*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| AMR Corporation,<br>　　　　　　Debtor, | Case No.  1:12-cv-04376-LAK |
| Allied Pilots Association,<br>　　　　　　Appellant<br>V.<br>AMR Corporation,<br>　　　　　　Appellee | **MOTION FOR ADMISSION**<br><br>*PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I Joshua Robert Taylor, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Allied Pilots Association, Appellant in the above-captioned action.

I am in good standing of the bars in the Commonwealth of Virginia since 2000, the State of North Carolina since 2001, and the District of Columbia since 2004, and the bars of the following federal courts: (i) the United States Court of Appeals for the Fourth Circuit, (ii) United States District Court for the Eastern District of Virginia, (iii) United States District Court for the Middle District of North Carolina, (iv) United States District Court for the Western District of North Carolina, (v) United States District Court for the District of Maryland, (vi) United States

Bankruptcy Court for the Eastern District of Virginia, and (vii) United States Bankruptcy Court for the Western District of Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.

I have submitted the filing fee of $200.000 with this motion for *pro hac vice* admission.

Dated:  June 8, 2012                                         Respectfully Submitted,

                                                             _____
                                                             Joshua Robert Taylor
                                                             **STEPTOE & JOHNSON LLP**
                                                             1330 Connecticut Ave., NW
                                                             Washington, DC 20036
                                                             Telephone: (202) 429-3000
                                                             Facsimile:  (202) 261-0658
                                                             E-Mail:     jrtaylor@steptoe.com

                                                             Attorneys for Allied Pilots Association.



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT *JOSHUA ROBERT TAYLOR* IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. TAYLOR** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 6, 2000**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued June 4, 2012*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Christie S. Cameron Roeder, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 24, 2001, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## JOSHUA R. TAYLOR

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this June 5, 2012.

*Christie S Cameron Roeder*

Christie S. Cameron Roeder
Clerk of the Supreme Court
of the State of North Carolina



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____ JOSHUA  R.  TAYLOR _____

was on the    16TH   day of   APRIL,   2004

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 1, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk





# CERTIFICATE OF GOOD STANDING

I, Patricia S. Connor, Clerk of this Court, certify that Joshua Robert Taylor was duly admitted to practice in this Court on April 20, 2011, and is in good standing in this Court.

Dated at Richmond, Virginia, on June 5, 2012.

Patricia S. Connor
CLERK

DEPUTY CLERK

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

**CERTIFICATE OF
GOOD STANDING**

I, _William C. Redden_, Clerk of this Court,

certify that _Joshua Robert Taylor_, Bar # _45919_,

was duly admitted to practice in this Court on

_January 21, 2009_, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _United States Bankruptcy Court_ on _June 4th, 2012_.
    LOCATION                                         DATE

_William C. Redden_                    _Rachel Synnott_
CLERK                                  DEPUTY CLERK

AO 136 (NCMD Rev. 9/98)

# United States District Court

## MIDDLE DISTRICT OF NORTH CAROLINA

### CERTIFICATE OF GOOD STANDING

I, John S. Brubaker, Clerk of this Court, certify that

JOSHUA TAYLOR, Bar # 028119, was duly admitted to

practice in this Court on September 12, 2002 and is in good

standing as a member of the Bar of this Court.

Dated at Greensboro, North Carolina on June 5, 2012.

John S. Brubaker
_____
Clerk

_____
Deputy Clerk

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** North Carolina

## CERTIFICATE OF GOOD STANDING

I, _____Frank G. Johns_____ , *Clerk of this Court,*

certify that ___Joshua R. Taylor___ , *Bar #* ___28119___ ,

was duly admitted to practice in this Court on

___10/17/2003___ , and is in good standing
DATE

as a member of the Bar of this Court.

Dated at ___Charlotte, NC___ on ___6/5/2012___ .
LOCATION                DATE


_____        _____
CLERK                            DEPUTY CLERK

# Certificate of Good Standing



UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that JOSHUA R. TAYLOR, ESQ., BAR NUMBER 26837, was duly admitted to practice in the United States District Court for the District of Maryland on MAY 31, 2002, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

Date: JUNE 6, 2012

FELICIA C. CANNON
Clerk

Catherine Scaffidi - Deputy Clerk

*This Certificate is valid for 90 days from the date signed.*

AO 136 (Rev. 9/98) Certificate of Good Standing

UNITED STATES DISTRICT COURT

Eastern    **DISTRICT OF**    Virginia

**CERTIFICATE OF GOOD STANDING**

I, Fernando Galindo, *Clerk of this Court,*

certify that Joshua Robert Taylor, *Bar #* 45919,

*was duly admitted to practice in this Court on*

03/30/2001, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at Alexandria, VA on May 31, 2012.
LOCATION                                              DATE

Fernando Galindo
CLERK OF COURT

DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## Western District of Virginia

## CERTIFICATE OF GOOD STANDING



I, __John W. L. Craig, II__, *Clerk of this Court,*

certify that __Joshua Robert Taylor__, Bar # __45919__,

was duly admitted to practice in this Court on

__September 24, 2010__, *and is in good standing*
            DATE

as a member of the Bar of this Court.

Dated at __Roanoke, Virginia__ on __June 5, 2012__.
            LOCATION                       DATE

__John W. L. Craig, II__          By __Vickie Southall__
         CLERK                           DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMR Corporation,
                              Debtor,

                                                    Case No: 1:12-cv-04376-LAK

Allied Pilots Association,
                              Appellant
                                                    **ORDER FOR ADMISSION**
            V.                                      *PRO HAC VICE*

AMR Corporation,
                              Appellee


The motion of Joshua Robert Taylor, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Virginia, the State of North Carolina, and the District of Columbia, and of the following federal courts: (i) the United States Court of Appeals for the Fourth Circuit, (ii) United States District Court for the Eastern District of Virginia, (iii) United States District Court for the Middle District of North Carolina, (iv) United States District Court for the Western District of North Carolina, (v) United States District Court for the District of Maryland, (vi) United States Bankruptcy Court for the Eastern District of Virginia, and (vii) United States Bankruptcy Court for the Western District of Virginia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | JOSHUA ROBERT TAYLOR |
| Firm Name: | **STEPTOE & JOHNSON LLP** |
| Address: | 1330 Connecticut Ave., NW |
| City/State/Zip: | Washington, DC 20036 |
| Telephone: | 202-429-3000; Fax: 202-261-0658 |
| E-Mail: | jrtaylor@steptoe.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Allied Pilots Association, Appellant in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____

_____

United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| AMR Corporation,<br>　　　　　Debtor, | Case No. 1:12-cv-04376-LAK |
| Allied Pilots Association,<br>　　　　　Appellant<br>V.<br>AMR Corporation,<br>　　　　　Appellee | **AFFIDAVIT OF SERVICE** |

---------------------------------------------------------------- x

STATE OF NEW YORK　　　　）
　　　　　　　　　　　　　）  ss.:
COUNTY OF NEW YORK　　　）

**GABRIEL DALY**, being duly sworn, deposes and says:

　　1.　　I am over the age of eighteen (18) years and am not a party to this action. I reside in New York, New York.

　　2.　　I am employed at the offices of Steptoe & Johnson, 1114 Avenue of the Americas, New York, New York 10036 as a paralegal.

　　3.　　On June 12, 2012, I caused to be served via FedEx delivery true and correct copies of the following documents upon the Counsel of Record, as listed below:

　　　　a.　Motion for Admission *Pro Hac Vice* of Joshua Robert Taylor and attached Certificates of Good Standing; and

　　　　b.　Proposed Order for Admission *Pro Hac Vice* of Joshua Robert Taylor.

　　4.　　Parties receiving service:

　　　　a.　Stephen Karotkin
　　　　　　Weil, Gotshal & Manges LLP (NYC)
　　　　　　767 Fifth Avenue, 25th Fl.
　　　　　　New York, NY 10153

1

_____
Gabriel Jackson Daly

Sworn to before me on the
12th of June, 2012

_____
Notary Public

EVAN GLASSMAN
Notary Public, State of New York
No. 60-5034122
Qualified in Westchester County
Certificate Filed in Westchester County
Commission Expires October 3, 2010 2014

2