UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                                    :    Dist. Ct. No. 12-4376 (LAK)
                                                                              :
AMR CORPORATION, *et al.,*                                 :
                                                                              :    Ch. 11 Case No. 11-15463 (SHL)
            Debtors.                                                   :    (Jointly Administered)
------------------------------------------------------------ x
ALLIED PILOTS ASSOCIATION,                         :
            Plaintiff-Appellant,                                   :
                        v.                                                 :    Adv. Proc. No. 12-01094 (SHL)
AMR CORPORATION and                                    :
AMERICAN AIRLINES, INC.,                              :
            Defendants-Appellees.                              :
------------------------------------------------------------ x

**NOTICE OF SUPPLEMENTAL AUTHORITY**

PLEASE TAKE NOTICE that on August 15, 2012, the Honorable Sean H. Lane of the Bankruptcy Court for the Southern District of New York issued a memorandum of decision ("Decision") denying American Airlines, Inc.'s ("American" or the "Company") motion under Section 1113 of the Bankruptcy Code to reject the most recent collective bargaining agreement between the Allied Pilots Association ("APA") and the Company ("2003-2008 CBA"). That Decision, docketed as ECF No. 4044 in the Chapter 11 Case cited above, is attached hereto as Exhibit 1.

The Bankruptcy Court denied American's motion "without prejudice to remedying the two defects identified in [the] Opinion and submitting a new application under Section 1113." Decision at 105-06. Following its issuance, American has publicly expressed its intention to file a new application seeking to reject the 2003-2008 CBA.

For the foregoing reasons, the APA respectfully submits that the appeal in this case from the final order in the above-captioned adversary proceeding, which is currently pending before

1

this Court, remains a live case or controversy and has not been rendered moot by the Bankruptcy Court's Decision.

Moreover, the Bankruptcy Court's Decision continued to adhere to its prior decision issued in *Allied Pilots Ass'n v. AMR Corp. (In re AMR Corp.)*, 471 B.R. 51 (Bankr. S.D.N.Y. 2012), from which the APA has appealed to this Court: namely, that the APA's most recent collective bargaining agreement "has become amendable under the Railway Labor Act," rather than having expired in 2008, and "is now subject to Section 1113 of the Bankruptcy Code." Decision at 15 n.5. Accordingly, this Court's jurisdiction under 28 U.S.C. § 158(a)(1) over the instant appeal remains intact.

|  |  |
|---|---|
| Edgar N. James* | Respectfully submitted, |
| Kathy Krieger* | /S/ JOSHUA R. TAYLOR_____ |
| David P. Dean* | Filiberto Agusti |
| Darin M. Dalmat* | Joshua R. Taylor* |
| Daniel M. Rosenthal* | **STEPTOE & JOHNSON LLP** |
| **JAMES & HOFFMAN, P.C.** | 1114 Avenue of the Americas |
| 1130 Connecticut Ave., N.W., Suite 950 | New York, NY 10036 |
| Washington, DC 20036 | Tel: (212) 506 3900 |
| Tel: (202) 496-0500 | Facsimile: (212) 506 3950 |

Dated: August 16, 2012

*Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct paper copy of the foregoing Notice of Supplemental Authority was filed with the clerk of court for the Southern District of New York and served via overnight delivery and first class mail on the following parties on August 16, 2012:

Stephen Karotkin
Weil Gotshal & Manges LLP (NYC)
767 Fifth Avenue, 25h Floor
New York, NY 10153

John Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

*/s/ Saad Gul*
Saad Gul