UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
ALLIED PILOTS ASSOCIATION            Docket Number 12-CV-4376 (CM)
          -against-                  NOTICE OF REASSIGNMENT
AMR CORPORATION
-------------------------------------------------------

The above-entitled action is:

[X] Reassigned to the Hon. COLLEEN MCMAHON (CM)

[] Reassigned Referral to the Hon. (), Magistrate Judge

[] Reassigned Designation to the Hon. (), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                               Ruby J. Krajick
                                               Clerk of Court

Dated: 11/5/2012            BY:         Philip Guarnieri
                                        Deputy Clerk